**In re Thomas E. NOBLE, Petitioner.**

**No. 16–1508.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. March 24, 2016.

Opinion filed: April 1, 2016.

Thomas E. Noble, Smyrna, DE, pro se.

Before: FUENTES, KRAUSE and SCIRICA, Circuit Judges.

OPINION *

PER CURIAM.

Thomas E. Noble, who is currently facing criminal charges in Delaware Superior Court, filed this pro se petition for a writ of mandamus. He seeks an order directing the United States District Court for the District of Delaware to stay his state-court criminal proceedings pending the resolution of his pre-trial habeas corpus petition, which he filed in the District Court.

The day after Noble's mandamus petition was filed in this Court, the District Court dismissed Noble's habeas corpus petition. In that order, the District Court also denied as moot Noble's motion for a

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

stay of the state-court proceedings pending the resolution of his habeas petition. Because the District Court has adjudicated Noble's request for habeas corpus relief, his mandamus petition—in which he seeks a stay pending the resolution of his habeas proceedings—is now moot. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that ... prevent a court from being able to grant the requested relief, the case must be dismissed as moot."). We will thus dismiss his request for mandamus relief.